IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Grant, Claud R

Printed: 10/29/08

Case Number:  04 B 41226
Judge:  Hollis, Pamela S
Filed:  11/5/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  July 1, 2008
Confirmed:  February 28, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 39,369.00 |  |
| Secured: |  | 16,147.89 |
| Unsecured: |  | 2,341.16 |
| Priority: |  | 14,316.12 |
| Administrative: |  | 2,394.00 |
| Trustee Fee: |  | 1,832.46 |
| Other Funds: |  | 2,337.37 |
| Totals: | 39,369.00 | 39,369.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Joseph Wrobel Ltd | Administrative | 2,394.00 | 2,394.00 |
| 2. | Midland Mortgage Company | Secured | 0.00 | 0.00 |
| 3. | Secretary Of Housing And Urban Developmt | Secured | 0.00 | 0.00 |
| 4. | Simotes Car Dealer | Secured | 2,186.43 | 1,929.03 |
| 5. | Midland Mortgage Company | Secured | 14,919.58 | 14,218.86 |
| 6. | Internal Revenue Service | Priority | 14,316.12 | 14,316.12 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 2,336.62 | 256.05 |
| 8. | Curfin Oldsmobile Inc | Unsecured | 1,074.92 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 6,253.56 | 685.27 |
| 10. | American General Finance | Unsecured | 716.45 | 78.52 |
| 11. | Cavalry Portfolio Services | Unsecured | 9,080.68 | 995.05 |
| 12. | Internal Revenue Service | Unsecured | 2,977.41 | 326.27 |
| 13. | Cingular Wireless | Unsecured |  | No Claim Filed |
| 14. | Evergreen Emergency Service | Unsecured |  | No Claim Filed |
| 15. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 16. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 17. | Teninga-Bergstrom Realty | Unsecured |  | No Claim Filed |
| 18. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 19. | SBC | Unsecured |  | No Claim Filed |
| 20. | Little Company Of Mary Hospital | Unsecured |  | No Claim Filed |
| 21. | Village Of Berkley | Unsecured |  | No Claim Filed |
|  |  |  | $ 56,255.77 | $ 35,199.17 |

Case 04-41226    Doc 48    Filed 10/29/08    Entered 10/29/08 17:43:15    Desc    Page 2 of 2

Page 2

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Grant, Claud R | Case Number: 04 B 41226 |
| | Judge: Hollis, Pamela S |
| Printed: 10/29/08 | Filed: 11/5/04 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 236.64 |
| 3% | 86.73 |
| 5.5% | 431.58 |
| 5% | 133.69 |
| 4.8% | 251.72 |
| 5.4% | 578.17 |
| 6.5% | 113.93 |
| | $ 1,832.46 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

